UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| JOHN MARSHALL EVERETT, PAMELA A. KRAMER, and WALTER W. LAWRENCE, on Behalf of Themselves and All Others Similarly Situated,<br><br>   Plaintiffs,<br><br>   v.<br><br>MICHAEL BOZIC, EDWIN J. GARN, WAYNE E. HEDIEN, DR. MANUEL H. JOHNSON, JOSEPH J. KEARNS, MICHAEL E. NUGENT, FERGUS REID, CHARLES A. FIUMEFREDDO, JAMES F. HIGGINS, MORGAN STANLEY DEAN WITTER & CO., INC., MORGAN STANLEY INVESTMENT ADVISORS, and JOHN DOES NO. 1 through 100,<br><br>   Defendants.<br><br>JURY TRIAL DEMANDED | §§§§§§§§§§§§§§§§§§§§§§§§§ | Case No. 05-CV- 296 (DAB) |

### MEMORANDUM IN OPPOSITION TO DEFENDANTS CHARLES A. FIUMEFREDDO AND JAMES F. HIGGINS'S MOTION TO DISMISS

On May 6, 2005, Morgan Stanley Defendants filed a Memorandum of Law in Support of the Morgan Stanley Defendants' Motion to Dismiss the Complaint [hereinafter Morgan Stanley's Motion to Dismiss]. On June 16, 2005, Defendants Fiumefreddo and Higgins filed a separate Motion to Dismiss and expressly adopted the Morgan Stanley Motion to Dismiss.

Defendants Fiumefreddo and Higgins make no substantive argument not included in the Morgan

Stanley Motion to Dismiss. Therefore, for the purposes of responding to Defendants Fiumefrededo and Higgins's Motion to Dismiss, Plaintiffs adopt and incorporate all arguments made in Plaintiffs' Memorandum in Opposition to Defendants' Motion to Dismiss against Morgan Stanley Defendants, which was filed on June 8, 2005.

Dated: June 28, 2005

By: Respectfully submitted,

_____
Perry Weitz
Gary Klein (GK-5632)
**WEITZ & LUXENBERG, P.C.**
180 Maiden Lane
New York, New York 10038-4925
(212) 558-5500
(212) 344-5461 fax

Randall K. Pulliam
**BARON & BUDD, P.C.**
3102 Oak Lawn Ave., Suite 1100
Dallas, Texas 75219-4281
(214) 521-3605
(214) 520-1181 fax

Hank Bates
J. Allen Carney
Brooke Augusta Owen
**CAULEY BOWMAN CARNEY & WILLIAMS**
11311 Arcade Dr., Suite 200
Little Rock, Arkansas 72212
(501) 312-8500
(501) 312-8505 fax

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOHN MARSHALL EVERETT, PAMELA A. KRAMER, and WALTER W. LAWRENCE, on Behalf of Themselves and All Others Similarly Situated,

    Plaintiffs,

v.

MICHAEL BOZIC, EDWIN J. GARN, WAYNE E. HEDIEN, DR. MANUEL H. JOHNSON, JOSEPH J. KEARNS, MICHAEL E. NUGENT, FERGUS REID, CHARLES A. FIUMEFREDDO, JAMES F. HIGGINS, MORGAN STANLEY DEAN WITTER & CO., INC., MORGAN STANLEY INVESTMENT ADVISORS, and JOHN DOES NO. 1 through 100,

    Defendants.

JURY TRIAL DEMANDED

Case No. 05-CV- 296 (DAB)

## MEMORANDUM IN OPPOSITION TO INDEPENDENT TRUSTEE DEFENDANTS' MOTION TO DISMISS

On May 6, 2005, Morgan Stanley Defendants filed a Memorandum of Law in Support of the Morgan Stanley Defendants' Motion to Dismiss the Complaint [hereinafter Morgan Stanley's Motion to Dismiss]. On June 14, 2005, Independent Trustee Defendants filed a separate Motion to Dismiss and expressly adopted the Morgan Stanley Motion to Dismiss.

The Independent Trustee Defendants make no substantive argument not included in the Morgan

Stanley Motion to Dismiss. Therefore, for the purposes of responding to Independent Trustee Defendants' Motion to Dismiss, Plaintiffs adopt and incorporate all arguments made in Plaintiffs' Memorandum in Opposition to Defendants' Motion to Dismiss against Morgan Stanley Defendants, which was filed on June 8, 2005.

Dated: June 28, 2005

By:    Respectfully submitted,

_____
Perry Weitz
Gary Klein (GK-5632)
**WEITZ & LUXENBERG, P.C.**
180 Maiden Lane
New York, New York 10038-4925
(212) 558-5500
(212) 344-5461 fax

Randall K. Pulliam
**BARON & BUDD, P.C.**
3102 Oak Lawn Ave., Suite 1100
Dallas, Texas 75219-4281
(214) 521-3605
(214) 520-1181 fax

Hank Bates
J. Allen Carney
Brooke Augusta Owen
**CAULEY BOWMAN CARNEY & WILLIAMS**
11311 Arcade Dr., Suite 200
Little Rock, Arkansas 72212
(501) 312-8500
(501) 312-8505 fax

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS was served via first class mail on this 27th day of June, 2005 on each counsel of record listed below:

Steven F. Molo
Brian H. Polovoy
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022-6069

Charlotte Moses Fischman
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

_____
Gary Klein, Esq.

*Index No.*                              *Year 20*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN MARSHALL EVERETT, PAMELA A. KRAMER,
and WALTER W. LAWRENCE, on Behalf of
Themselves and All Others Similarly
Situated,

                    Plaintiffs,

     v.

MICHAEL BOZIC, ET AL.,

                    Defendants.

MEMORANDUM IN OPPOSITION TO DEFENDANTS CHARLES A. FIUMEFREDDO AND JAMES F. HIGGIN'S MOTION TO DISMISS and MEMORANDUM IN OPPOSITION TO INDEPENDENT TRUSTEE DEFENDANTS' MOTION TO DISMISS

**WEITZ & LUXENBERG, P.C.**

*Attorneys for* Plaintiffs

180 Maiden Lane
New York, NY 10038
(212) 558-5500

Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information and belief and reasonable inquiry, the contentions contained in the annexed document are not frivolous.

Dated: .......................................... Signature ..........................................

                                                  Print Signer's Name ..........................................

*Service of a copy of the within*                                                                *is hereby admitted.*

*Dated:*

                                                  ..........................................
                                                  *Attorney(s) for*

PLEASE TAKE NOTICE

☐ NOTICE OF ENTRY
that the within is a (certified) true copy of a
entered in the office of the clerk of the within named Court on                    20

☐ NOTICE OF SETTLEMENT
that an Order of which the within is a true copy will be presented for settlement to the Hon.                    one of the judges of the within named Court,
at
on                    20     , at          M.

Dated:

                                                                                    WEITZ & LUXENBERG, P.C.
                                                  *Attorneys for*

                                                                                    180 Maiden Lane
*To:*                                                                               New York, NY 10038