USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/3/06

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JOHN MARSHALL EVERETT, et al.,

                  Plaintiffs,

-against-

MICHAEL BOZIC, et al.,
                  Defendants.
-----------------------------------------------------------X

05 CIVIL 0296 (DAB)

**JUDGMENT**

Defendants having moved to dismiss the complaint pursuant to Fed. R. Civ. P. 12(b)(6), and the matter having come before the Honorable Deborah A. Batts, United States District Judge, and the Court, on August 2, 2006, having rendered its Memorandum and Order granting defendants' motion, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated August 2, 2006, defendants' motion is granted; accordingly, the case is closed.

**Dated:** New York, New York
       August 3, 2006

                                          **J. MICHAEL McMAHON**
                                             Clerk of Court

BY: _____
                                              **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____